## Case No. 15,395.

### UNITED STATES v. HOSSACK.

[Nowhere reported; opinion not now accessible.]